UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES M. MURRAY, | Case No. 2:23-09749 MWF (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| BRIAN BIRKHOLZ, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody (Dkt. No. 1), Respondent's Answer (Dkt. No. 12), Petitioner's Reply (Dkt. No. 17), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 30), and all the records and files herein. Petitioner did not file objections to the Report and Recommendation and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 30);

2. The Petition is denied with prejudice; and

3. Judgment is to be entered accordingly.

DATED: December 4, 2025 _____
MICHAEL W. FITZGERALD
United States District Judge

2