JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. MURRAY,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>BRIAN BIRKHOLZ,<br><br>　　　　　　Respondent. | Case No. 2:23-09749 MWF (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition denied with prejudice.

DATED: December 4, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge